IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PABLO PAZ, Individually and A/N/F JANE DOE, A Minor, and RUTH PAZ | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:09-CV-2804 |
| LIFE TIME FITNESS, INC., LTF CMBS 1, LLC, LTF CLUB MANAGEMENT COMPANY, LLC, LTF CLUB OPERATIONS COMPANY, INC., and GENE SMITH | § § § § § § | (Jury Demand) |

**DEFENDANTS LIFE TIME FITNESS, INC., LTF CMBS 1, LLC, LTF CLUB MANAGEMENT COMPANY, LLC, LTF CLUB OPERATIONS COMPANY, INC., and GENE SMITH'S TRADITIONAL MOTION FOR SUMMARY JUDGMENT**

Defendants, LIFE TIME FITNESS, INC., LTF CMBS 1, LLC, LTF CLUB MANAGEMENT COMPANY, LLC, LTF CLUB OPERATIONS COMPANY, INC., and GENE SMITH (hereinafter "Defendants") file this Motion for Traditional Summary Judgment.

1. Defendants ask this Court to grant their Traditional Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56.

2. In the attached brief in support of the Defendants Traditional Motion for Summary Judgment, Defendants show that the Plaintiffs' claims are barred, because Miraris Ruth Paz signed a Participation Agreement with the Defendants barring all claims of negligence and gross negligence against the Defendants.

PRAYER

In light of the foregoing, Defendants LIFE TIME FITNESS, INC., LTF CMBS 1, LLC, LTF CLUB MANAGEMENT COMPANY, LLC, LTF CLUB OPERATIONS COMPANY, INC., and GENE SMITH respectfully request that this Court grant their Traditional Motion for Summary Judgment.

Respectfully submitted,

SHEINESS, SCOTT, GROSSMAN & COHN, L.L.P.

By: _____
Marc A. Sheiness
Federal Bar No. 2591
Texas State Bar No. 18187500
1001 McKinney, Suite 1400
Houston, Texas   77002-6323
(713) 374-7005  Telephone
(713) 374-7049  Facsimile

*Attorney for Defendants*
LIFE TIME FITNESS, INC., LTF CMBS 1, LLC, LTF CLUB MANAGEMENT COMPANY, LLC, LTF CLUB OPERATIONS COMPANY, INC., and GENE SMITH

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been served on all counsel of record by the CM/ECF system of the Southern District of Texas, Houston Division, in accordance with the Federal Rules of Civil Procedure and applicable Local Rules on this, the __1__ day of September, 2010

MARC A. SHEINESS

H:\MAS\Paz\Motion.Summary Judgment.wpd